Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

Joseph Smith
204-687
DC. DEPARTMENT OF CORRECTIONS TREATMENT FACILITY
1901 E St. S.E.
Washington, DC. 20003

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Muriel Bowser, Mayor District of Columbia
441 4th St. NW!
Executive Office of Risk Management,
Washington, DC. 20001, AND
Lennard Johnson, Warden, AND Unity Medical
Director DR. O'Donovan DC. Department of Corrections
1901 E Street SE
Washington, DC. 20003

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 1:21-cv-00878
Assigned To : Unassigned
Assign. Date : 3/30/2021
Description: Pro Se Gen Civ (F-DECK)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

RECEIVED
Mail Room
MAR 30 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(~~Non~~-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Muriel Bowser, Mayor of the District of Columbia
Address (Official Capacity): Mayor's Executive Office of Risk Management
441 4th Street, NW
City: Washington, State: DC, Zip Code: 20001
County:
Telephone Number: (202) 727-1000
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lennard Johnson, Warden (Warden)
District of Columbia Department of Corrections
Job or Title (if known): Warden
Address: District of Columbia Department of Corrections
1901 D. Street, SE
City: Washington, State: DC, Zip Code: 20003
County:
Telephone Number: (202) 727-1000
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Dr. O'Donovan, Director Unity Medical
Job or Title (if known): Director Unity Medical
Address: 1901 E Street, SE.
City: Washington, State: DC, Zip Code: 20003
County:
Telephone Number: (202) 727-1000
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name: T. Outlaw
- Job or Title (if known): Grievence Coordinator Unity Medical
- Address: 1901 E Street, SE
- City: Washington
- State: DC
- Zip Code: 20003
- County:
- Telephone Number: (202) 727-1000
- E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
- City:
- State:
- Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

deliberate Indifference to medical needs, while under the care, custody, and control of District of Columbia Department of Corrections. Violation of the Americans with Disabilities Act the (ACT)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The Mayor Muriel Bowser slashed the budget of the District of Columbia Department of Corrections causing a reduction is medical services by its agent medical provider Unity Medical. Lennard Johnson, Warden failed to act on grievance's submitted to his office concerning urgent need for medical attention and care, Dr. O'Donovan, Unity Medical Director knowingly and willingly denied documented Medical Records statement of need for surgery. Deliberate INDIFFERENCE.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
District of Columbia Department of Corrections

B.  What date and approximate time did the events giving rise to your claim(s) occur?
May 2019 continuing to the present January 2021

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I ENTERED THE D.C. DEPARTMENT OF CORRECTIONS ON MAY 20, 2019, at that time I informed the Unity Medical Intake doctor of my mental and physical condition, my prescribed medications that had been confiscated during my arrest that were needed daily; my prescription eye glasses, orthopedic shoes and 1/4 inch orthopedic Insoles; my knee brace, that were taken by DC. jail officers. I also informed the Unity Medical Intake doctor of my scheduled appointment at Walter Reed National Military Medical Center, Neuro Surgery Clinic, For Surgery of my Right shoulder Rotator Cuff tear, and of my problems with my prostate I was being treated for.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The D.C. Department of Corrections' Unity Medical Director denied me from having evaluation, and surgery even after receiving my medical records from doctor's treatments and evaluations received while I was in the community from Georgetown, and George Washington Hospitals. Due to the delay and denial of attention, evaluation, and treatment my injury has gotten more severe and I have suffered continuously in pain and discomfort, I was given the wrong medication for pain that caused severe chronic pain and dizziness.

Please see attached statement also.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting that the court order the District of Columbia Department of Correction to provide the same, or equal medical care, that I would receive in the community, while I am under the care, custody, and control of the D.C. Department of Corrections. I requesting punitive award for deliberate indifference to my medical needs by Unity Medical (agent) of the District of Columbia Government Department of Corrections in the amount of $ ONE MILLION 1 Million Dollars and Compensatory award in the amount of $ ONE 1 Million Dollars for permanent injury, loss of normal function, permanent disfigurement, on going pain and suffering due to deliberate indifference in delay and denial of medical care by the Defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 9, 2021

Signature of Plaintiff: *Joseph H. Smith*
Printed Name of Plaintiff: Jobeph H Smith, Pro Se Petitioner/Prisoner

### B. For Attorneys

Date of signing: 

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City    State    Zip Code

Telephone Number:
E-mail Address: